UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

IN RE: NATIONAL HOME CENTERS, INC.,     CASE NO. 4:09-bk-76195
Debtor     CHAPTER 11

## MOTION TO LIMIT AND REDUCE NOTICE, ESTABLISH NOTICE PROCEDURES AND TO APPROVE SPECIAL SERVICE LIST

National Home Centers, Inc. ("NHC" or the "Debtor"), submits this motion ("Motion") seeking entry of orders (1) limiting and reducing notice, (2) establishing notice procedures, and (3) approving special service list as follows:

1. This Chapter 11 case was filed on December 8, 2009, and Debtor is operating as Debtor-in-Possession. This Motion is filed pursuant to Federal Rules of Bankruptcy Procedure 2002(m) and 9006(c).

2. Debtor has more than 350 unsecured creditors. Debtor is in the process of filing a number of "first day" motions in order to facilitate the continued operations of its business during this Chapter 11 case. In addition, the Debtor anticipates that the filing of a number of motions related to procedural and administrative matters will be will necessary as this case progresses. In order to facilitate the administration of this case, cause exists to limit notice as requested herein.

3. Debtor requests that the Court limit notice of the following First Day Motions and of other motions filed in this matter except those set forth in Federal Rule of Bankruptcy Procedure 2002(a), (b) and (f) to the parties to the particular motion, to the 20 largest unsecured creditors as filed with the Court, to any creditors committee which may subsequently be appointed and to all parties requesting notice:

1. Debtor's Motion to (1) Set hearings on First Day Motions, (2) Limit and Reduce Notice, (3) Establish Notice Procedures, and (4) Approve Special Service List;

2. Debtor's Motion to Employ Charles T. Coleman and the firm of Wright, Lindsey & Jennings LLP as Bankruptcy Counsel;

3. Debtor's Motion to for an Order Authorizing the Debtor to Honor Prepetition Obligations to Customers and Otherwise Continue Customer Programs in the Ordinary Course of Business

4. Emergency Motion for Order Authorizing the Payment of Prepetition Employee Wages, Salaries, Compensation, Benefits and Related Obligations;

5. Debtor's Emergency Motion for Order Authorizing the Continued use of Existing (i) Cash Management System, (ii) Bank Accounts, (iii) Books and Records and (iv) Business Forms;

6. Debtor's Emergency Motion for Order (i) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Services and (ii) Establishing Procedures for Determining Requests for Additional Adequate Assurance;

7. Debtor's Emergency Motion for Order Authorizing Payment of Prepetition Sales and Use Taxes;

8. Motion for Interim and Final Orders (1) Authorizing the Use of Cash and Other Collateral, (2) Granting Adequate Protection to Prepetition Secured Lenders, and (3) Setting Final Hearing ("the Cash Collateral Motion").

  4. Debtor further requests that in accordance with the Bankruptcy Rules, notice of all subsequent motions except those set forth in Federal Rule of Bankruptcy Procedure 2002(a), (b) and (f) be limited to the parties to the motion, to the United States Trustee, to all secured creditors, to the 20 largest unsecured creditors as filed with the court, to any creditors committee which may subsequently be appointed and to all parties requesting notice as set forth on the Special Service List as it may be amended and updated from time to time. A copy of the current Special Service List is attached as Exhibit A. Debtor requests approval of the Special Service List and authorization to update and amend the Special Service List from time to time without further motion or order in order to add parties requesting notice.

2

5.   The Debtor further requests that this Court enter an order setting the First Day Motions for immediate hearing in the form set forth on Exhibit B hereto and that the time to object to this Motion and the First Day Motions be reduced pursuant to Federal Rule of Bankruptcy Procedure 9006(c) to the time of the hearing, except that the hearing on Debtor's Motion to Use Cash Collateral and Approval of Postpetition Financing shall be a preliminary hearing to consider interim relief pending a final hearing in accordance with Federal Rules of Bankruptcy Procedure 4001(b)(2) and (c)(2) and shall be served pursuant to the local rules.

5.   The restricted notice as requested herein will provide creditors and other interested parties with adequate notice and opportunity to object as required by the Bankruptcy Code and Rules.

WHEREFORE, Debtor prays that the Court enter an order limiting and reducing notice, establishing notice procedures, and approving the Special Service List as requested herein.

WRIGHT, LINDSEY & JENNINGS LLP  
200 West Capitol Avenue, Suite 2300  
Little Rock, AR 72201  
Telephone: 501-371-0808  
Fax:        501-376-9442  
Email: ccoleman@wlj.com  
       jhenry@wlj.com  
       ktucker@wlj.com  

By: _____
Charles T. Coleman (80030)
Judy Simmons Henry (84069)
Kimberly Wood Tucker (83175)
Attorneys for National Home Centers, Inc.

3

840395-v1

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing was sent via CM/ECF transmission and/or regular U.S. Mail, postage prepaid, to the parties listed on the attached Special Service List this 8 day of Dece 2009.

*/s/ Charles T. Coleman*

Charles T. Coleman

4

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

IN RE: NATIONAL HOME CENTERS, INC.,     CASE NO. 4:09-bk-76195
Debtor     CHAPTER 11

## SPECIAL SERVICE LIST

United States Trustee
200 West Capitol Avenue, Ste 1200
Little Rock, AR 72201

Banc of America Leasing & Capital, LLC
2059 Northlake Parkway
4 South
Tucker, GA 30084

CitiCapital Commercial Corporation
PO Box 168647
Irving, TX 75016

CitiCapital Technology Finance, Inc.
1255 Wrights Lane
West Chester, PA 19380

CitiCorp Leasing, Inc.
450 Mamaroneck Avenue
Harrison, NY 10528

Frigidaire Financial Corporation
PO Box 855
Worthington, OH 43085

JPMorgan Chase Bank,
a NY Banking Corporation
2200 Ross Avenue, 3rd Floor
Dallas, TX 75201

840527-v1

David Weitman
K&L Gates LLP
1717 Main Street, Suite 2800
Dallas, TX 75201

Liberty Bank of Arkansas
PO Box 10890
Fayetteville, AR 72703

Wells Fargo Equipment Finance, Inc.
733 Marquette Avenue, Suite 700
Minneapolis, MN 55042

Whirlpool Corporation
PO Box 166109
Irving, TX 75016

Whirlpool Corporation
500 Momany Drive
Saint Joseph, MI 49085

JP Morgan Chase
2200 Ross Avenue, 6th Floor
Dallas, TX 72501

Liberty Bank
P.O. Box 10890
Fayetteville, AR 72703

CitiCapital Technology
P.O. Box 550599
Jacksonville, FL 32255-0599

Bank of America
2059 Northlake Parkway, Suite 3
North Tucker, GA 30084

Bank of America
2059 Northlake Parkway, Suite 3
North Tucker, GA 30084

Newman Family LLC
2491 East Joyce Blvd.
Fayetteville, AR 72703

840527-v1                                    2

Dwain and Glenda Newman
2491 East Joyce Blvd.
Fayetteville, AR 72703

Cedar Creek of Arkansas
P.O. Box 843717
Dallas, TX 75284-3717

Guardian Building Products
P.O. Box 207
Greenville, SC 29602

Cedar Creek
P.O. Box 843713
Dallas, TX 75284-3713

Shaw Industries, Inc.
P.O. Box 100775
Atlanta, GA 30384-0775

Boise Building Solutions Distribution
P.O. Box 471290
Tulsa, OK 74147-0465

Bluelinx – Atlanta
P.O. Box 536455
Atlanta, GA 30353-6455

Climatic Home Products
P.O. Box 25189
Columbia, SC 29224

Brandon Company
401 North Vine
North Little Rock, AR 72114

Universal Furniture International, Inc.
P.O. Box 751558
Charlotte, NC 28275-1588

Daltile Corporation
P.O. Box 730578
Dallas, TX 75373-0578

General Aluminum Company of Texas, LP
P.O. Box 841377
Dallas, TX 75284-1377

The Buying Source, LLC
P.O. Box 890727
Charlotte, NC 28278-0727

Adleta Company, Inc.
1645 Diplomat Drive
Carrollton, TX 75006

TBA, LLC
L-2944
Columbus, OH 43260-2944

Quality Wholesale Building Products
11701 Kinard
North Little Rock, AR 72117

Orgill, Inc.
P.O. Box 1000 Dept. 7
Memphis, TN 38148

Krestmark Industries, LP
P.O. Box 226837
Dallas, TX 75222-6837

Weather Shield Manufacturing, Inc.
Drawer 684061
Milwaukee, WI 53268-4061

Bent River Lumber
P.O. Box 4770
Tulsa, OK 74159

Henry Wurst, Inc.
P.O. Box 790379
St. Louis, MO 63179

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR  72201
Telephone:  501-371-0808
Fax:             501-376-9442
Email:  ccoleman@wlj.com
            jhenry@wlj.com
            ktucker@wlj.com

By: _____
Charles T. Coleman (80030)
Judy Simmons Henry (84069)
Kimberly Wood Tucker (83175)
Attorneys for National Home Centers, Inc.