UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

IN RE: NATIONAL HOME CENTERS, INC.,     CASE NO. 5:09-bk-76195
Debtor     CHAPTER 11

### ORDER ON DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS (Clarksville 1003 Interstate Drive/84 Lumber Property)

Upon the motion of National Home Centers, Inc., as debtor and debtor in possession (the "Debtor") for authority to sell property free and clear of liens under § 363 of the Bankruptcy Code, (the "Motion"), [Docket No.837] (the "Motion"), and the Court having determined that it is in the best interest of the Debtor, its Estate, creditors, and all other parties-in-interest and does not prejudice the right of any party-in-interest, it appearing that proper notice of the Motion was given and it further appearing that no objections have been filed or that any timely objection is hereby overruled, and the Court having reviewed the record and being otherwise sufficiently advised and having considered same HEREBY ORDERS:

1. The Motion requesting approval of the Debtor's sale of the real property located at 1003 Interstate Drive, Clarksville, Arkansas (the "Property") shall be and hereby is GRANTED.

2. The Court is informed that Hanesbrands, Inc. has elected not to exercise its right of first refusal to purchase the Property, so the Debtor is authorized to convey the

895389-v1

Property pursuant to the "Contract" attached to the Motion.

3. The Debtor is authorized to (i) sell and convey the Property located at 1003 Interstate Drive, Clarksville, Arkansas as set forth in the Contract attached to the Motion, free and clear of liens pursuant to and in accordance with the terms and conditions of the Contract, and (ii) execute any instrument necessary or appropriate to consummate the sale and transfer of the Property.

4. The stay provisions of Bankruptcy Rule 6004(h) shall not be applicable to this order and Debtor may proceed to sell the Property immediately.

IT IS SO ORDERED.

*Ben Barry*

UNITED STATES BANKRUPTCY JUDGE

DATE October 28, 2010

AGREED AS TO FORM AND SUBSTANCE:

WRIGHT, LINDSEY & JENNINGS LLP

By: _____
Charles T. Coleman
Arkansas State Bar No. 80030
Judy Simmons Henry
Arkansas State Bar No. 84069
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201
Telephone: (501) 212.1276
Facsimile: (501) 376.9442

ATTORNEYS FOR
NATIONAL HOME CENTERS, INC.

849150