IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

IN RE:

NATIONAL HOME CENTERS, INC.,                    CASE NO. 09-BK-76195

    Debtor.

---

### STIPULATION TO ORDER RELATING TO DISCLOSURE STATEMENTS

The Debtor and the Official Committee for Unsecured Creditors ("Committee"), as evidenced by the signatures of their respective counsel below, do hereby stipulate to the entry of the attached order resolving the Debtor's objection to the Committee's disclosure statement and concerns regarding the distribution of multiple plans in this case.

| MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. | WRIGHT, LINDSEY & JENNINGS, LLP |
|---|---|
| By: /s/ Marc N. Swanson<br>Michael H. Traison<br>Marc N. Swanson<br>150 West Jefferson, Suite 2500<br>Detroit, MI 48226<br>Phone: (313) 496-7829<br>Fax: (313) 496-8452<br>traison@millercanfield.com<br>swansonm@millercanfield.com | By: /s/ Kimberly W. Tucker<br>Charles Coleman<br>Kimberly W. Tucker<br>200 West Capitol Avenue<br>Suite 2300<br>Little Rock, AR 72201<br>Phone: (501) 371-0808<br>Fax: (501) 376-9442<br>KTucker@wlj.com |
| *Counsel for the Committee* | *Counsel for the Debtor* |

Dated: November 13, 2010

18,558,585.1\144196-00001