IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

IN RE:  NATIONAL HOME CENTERS, INC.,          CASE NO. 5:09-bk-76195
Debtor                                        CHAPTER 11

**DEBTOR'S OBJECTION TO CONFIRMATION OF PLAN OF**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS PLAN OF LIQUIDATION**

The Debtor National Home Centers, Inc. ("Debtor" or "National") objects to the Official Committee of Unsecured Creditors' (the "Committee") Plan of Liquidation filed December 7, 2010 (the "Committee's Plan") as follows:

1. The Committee's Plan fails to meet the requirements of §1129(a) and the Bankruptcy Code.

2. Appointment of an out-of-state Liquidating Trustee is inconsistent with the interest of creditors and only serves to increase the cost of liquidation and therefore fails to comply with §1129(a)(5)(ii).

3. The Committee's Plan improperly provides that certain priority claims are unimpaired under §1124 and denies priority creditors --- including the Debtor's former employees – the right to vote on the Plan and fails to comply with §1129(a)(8).

4. The conditions to Effective Date of the Committee's Plan as set forth in Article 8 of the Committee's Plan render the timing of payments to creditors who must be paid upon the effective date speculative and cause the Committee's Plan to lack sufficient certainty regarding its terms and the treatment (including impairment) of creditors.

5. The Committee's Plan is not in the best interest of creditors and fails to comply with §1129(a)(7).

905448-v1

6.    Debtor reserves the right to raise further objections to the Committee's Plan, including objections which may arise as to whether a class has accepted or rejected the Creditor's Plan.

WHEREFORE, National Home Centers, Inc. prays that the Court enter an order denying confirmation of the Official Committee of Unsecured Creditors' Plan of Liquidation and for all other proper relief.

WRIGHT, LINDSEY & JENNINGS LLP  
200 West Capitol Avenue, Suite 2300  
Little Rock, AR 72201  
Telephone: 501-371-0808  
Fax:      501-376-9442  
Email: ccoleman@wlj.com  
        jhenry@wlj.com  
        ktucker@wlj.com

By: _____  
Charles T. Coleman (80030)  
Judy Simmons Henry (84069)  
Kimberly Wood Tucker (83175)  
Attorneys for National Home Centers, Inc.

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing was sent this 12th day of January, 2011 via CM/ECF transmission to all parties requesting ECF notice and regular U.S. Mail, postage prepaid, to the following parties:

Faulkner County Tax Collector
806 Faulkner St.
Conway, Arkansas 72034

United States Trustee
200 West Capitol Avenue, Suite 1200
Little Rock, Arkansas 72201

Marc N. Swanson
Miller, Canfield, Paddock & Stone, PLLC
150 West Jefferson Avenue, Suite 2500
Detroit, MI 48226
swansonm@millercanfield.com

Michael H. Traison
Miller, Canfield, Paddock & Stone, PLC
225 W. Washington, Suite 2600
Chicago, IL 60606
traison@millercanfield.com

David G. Nixon
The Nixon Law Firm
2340 Green Acres Road, Suite 12
Fayetteville, AR 72703
david@nixonlaw.com

Brent A. Hanby
Executive Vice President & Chief Financial Officer
National Home Centers, Inc.
P. O. Box 848
Springdale, AR 72765-0848

_Kimberly W. Tucker_
Kimberly Wood Tucker (83175)

905448-v1

3