IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

IN RE:     NATIONAL HOME CENTERS, INC.,     CASE NO. 09-BK-76195
Debtor in Possession

## BALLOT SUMMARY AND CERTIFICATION ON CHAPTER 11 PLAN OF NATIONAL HOME CENTERS, INC.

Charles T. Coleman of the firm of Wright, Lindsey & Jennings LLP, counsel for National Home Centers, Inc. ("NHC"), files this Ballot Summary and hereby certify that this summary accurately reflects the results of the balloting on the NHC Plan of Liquidation.

The following is a summary of the ballots received by NHC that have either accepted or rejected the Chapter 11 Plan of Liquidation filed by NHC on October 22, 2010, which plan is scheduled for confirmation hearing on February 23, 2011.

Pursuant to 11 U.S.C. §1129(a)(8), in order for a plan to be confirmed, each class of claims or interests must (A) accept as a class the plan, or (B) be a class that is not impaired under the plan.[1] Class V is the only impaired class. This form also includes the voting for each class that is not impaired under the plan.[2] This form further provides, for the impaired class V, a summary of the ballots cast accepting and rejecting the plan demonstrating that Class V has accepted the Plan.[3]

---

[1] If the requirements of §1129(a)(8)(A) are not satisfied, NHC may seek to confirm the plan through compliance with §1129(b) as to any impaired, non-accepting class.

[2] A class that is not impaired under §1129(a)(8)(B) is conclusively presumed to have accepted the plan under §1126(f).

[3] A separate attachment is filed with this form, showing all ballots received, itemized by name of creditor/interest holder, the class under the plan in which such creditor/interest holder is treated, the amount of the claim or interest, and whether the ballot of the creditor/interest holder accepted or rejected the plan.

908555-v1

Pursuant to 11 U.S.C. §1126(c), only the actual ballots cast are counted to determine whether a given class has accepted or rejected.[4] That section further provides that a class will have accepted the plan if voting creditors in such class holding at least two-thirds in amount and more than one-half in number have accepted the plan. The form below tabulates the actual ballots received by class, and for each such class, presents the percentage in number of class members accepting the plan and the percentage of the dollar amount of the claims of class members accepting the plan.

| Class (per plan designation) | Total ballots filed by members of class; total amount ($) of ballots filed | Number of filed ballots accepting the plan (A) and rejecting the plan (R) | Percentage of *accepting* ballots (in number) | Amount of filed ballots accepting the plan (A) and rejecting the plan (R) | Percentage of *accepting* ballots (in $ amount) |
|---|---|---|---|---|---|
| Class II Employees | 150 $200,653.38 | 150 (A) 0 (R) | 100% | $200,653.38 (A) $0 (R) | 100% |
| Class III Priority Deposit | 0 $0 | 0 | 0 | 0 | 0 |
| Class IV Priority Tax | 1 $114,437,63 | 1 (A) 0 (R) | 100% | $114,437.63 (A) $0 (R) | 100% |
| Class V Unsecured | 99 $4,738,801.88 | 60 (A) 39 (R) | 75% 25% | $3,557,152.76(A) $1,181,649.12 (R) | 75% |
| Class VI Allowed §503(b)(9) | 42 $1,823,616.85 | 33 (A) 9 (R) | 70% 30% | $1,280,260.76 (A $543,356.09(R) | 70% |

In addition, NHC received the following ballots that were not counted:

1. Class 2 "A" ballot from Treva Danielle Chrisman that was untimely.[5]

2. Class 2 ballot from Lisa A. Sharp with no "A" or "R" stated [6]

---

[4] See 7 Collier on Bankruptcy 1126.04, 1129.02[8] (Alan N. Resnick & Henry J. Sommer eds., 16th ed. 2010).

[5] Scheduled Amount 830.88, no proof of claim filed.

[6] Scheduled Amount 1,615.20, no proof of claim filed.

908555-v1

    3.     Class 5 "A" ballot from Elaine Fry that was untimely.[7]

    4.     Class 5 "A" ballot from Steven Keith Dean with no amount stated.[8]

    5.     Class 5 "R" ballot from Grady Holt with no amount stated.[9]

    6.     Class 5 "R" ballot from Litex Industries/Ellington Fans with no amount stated.[10]

    7.     Class 5 "R" ballot from Lomanco, Inc., with no amount stated.[11]

    8.     Class 5 "A" ballot from Mid-South Marking with no amount stated.[12]

    9.     Class 5 "A" ballot from James Poghen with no amount stated.[13]

    10.     Class 5 "A" ballot from Juan Trejo with no amount stated.[14]

    11.     Class 5 "A" ballot from Roll-Off Service, but no amount stated.[15]

    12.     Class 5 ballot from Liberty Trailer Co., Inc., with no "A" or "R" stated.[16]

---

[7] Not scheduled and no proof of claim filed

[8] Not scheduled and no proof of claim filed.

[9] Scheduled in the amount of $250.00.

[10] Scheduled amount $78,120.78, no general unsecured proof of claim filed. Section 503(b)(9) Claim in the amount of $59,221.04.

[11] Scheduled amount $26,748.94, no general unsecured proof of claim filed. Section 503(b)(9) Claim in the amount of $10,129,66 filed.

[12] Proof of claim filed in the amount of $3,936.00.

[13] Scheduled in the amount of $300.00.

[14] Scheduled amount of $5,246.33.

[15] Scheduled amount of $961.20.

[16] Proof of claim filed in the amount of $1,389.43.

908555-v1

DATED this 21st day of February, 2011.

        WRIGHT, LINDSEY & JENNINGS LLP
        200 West Capitol Avenue, Suite 2300
        Little Rock, Arkansas 72201-3699
        Telephone: (501) 371-0808
        Facsimile: (501) 376-9442
        Email: ccoleman@wlj.com; ktucker@wlj.com

By: _____
        Charles T. Coleman (80030)
        Kimberly Wood Tucker (83175)
        *Attorneys for National Home Centers, Inc.*

908555-v1

| Creditor | Class 5 Accepts | Class 5 Rejects | Class 5 Accepts $ | Class 5 Rejects $ |
|---|---|---|---|---|
| Adleta Corporation | | 1 | | 159,818.24 |
| American Express Travel Related Services | | 1 | | 47,046.68 |
| Arkansas Carbide Saw & Tool | | 1 | | 244.13 |
| Ark-Crete Block Co. Inc | 1 | | 15,091.76 | |
| Atrium Companies, Inc. | | | | |
| Atrium Companies, Inc. | 1 | | 6,751.17 | |
| B.S. Trading Co. | 1 | | 1,960.00 | |
| Balaji International Inc | | | | |
| Better Home Products | 1 | | 4,553.21 | |
| Blochberger Properties, LLC | 1 | | 1,130.64 | |
| Bluelinx Corporation | | 1 | | 150,000.00 |
| Boise Building Materials Distribution | | 1 | | 194,696.10 |
| Bowen, Evelyn Charlene | 1 | | 1,456.00 | |
| BPI Building Plasstics | | | | |
| Brandon Company | 1 | | 321,709.14 | |
| Bristolite Skylights | 1 | | 838.00 | |
| Broan-Nutone LLC | | 1 | | 9,823.16 |
| Bryant, Dean | | 1 | | 184.01 |
| Burris Inc. | | 1 | | 644.40 |
| Butterball's Carpet Inc. | | 1 | | 1,000.00 |
| Cal-Royal Products / Liquidity Solutions | 1 | | 14,513.82 | |
| Canarm Ltd | 1 | | 4,797.24 | |
| Capital Structures | 1 | | 18.67 | |
| Carco International Inc | | 1 | | 2,621.02 |
| Cedar Creek Wholesale, Inc. | 1 | | 299,122.87 | |
| Cedar Creek of Arkansas, Inc | 1 | | 632,952.92 | |
| Cellofoam North America Inc. | 1 | | 2,558.80 | |
| Central Woodwork, Inc. | 1 | | 1,009.33 | |
| Climatic Home Products | | 1 | | 239,508.64 |
| Commercial Lumber Sales Inc. | | 1 | | 24,092.46 |
| Continental Timber Co., Inc. | | 1 | | 15,027.86 |
| D&S Window Manufacturing, Inc. | | 1 | | 1,901.12 |
| Data Forms, Inc. | | 1 | | 1,200.74 |
| DFI Technologies Inc | | 1 | | 2,923.64 |
| DSI Systems, Inc. | 1 | | 5,643.05 | |
| Elk Lighting, Inc. | 1 | | 246.86 | |
| FedEx Freight Inc. | 1 | | 1,012.78 | |
| Felix Storch Inc. | | 1 | | 1,055.00 |
| Fleet Tire Service | | 1 | | 7,055.48 |
| Four States Supply | 1 | | 547.00 | |
| Frazer, Robert (Frazee) | 1 | | 1,500.00 | |
| Freeman Products, Inc. | | 1 | | 6,151.86 |
| Freight Systems, Inc., Arthur Beech signed ballo | 1 | | 545.42 | |
| General Aluminum | 1 | | 111,966.08 | |
| Glasscraft Door Company | | 1 | | 13,458.65 |
| Glideway Bed Carriage Manufacturing Company | | 1 | | 1,091.30 |
| Good Directions Inc | 1 | | 2,131.40 | |
| Guardian Building Products Distribution, Inc. | 1 | | 589,229.86 | |
| Gushings Janitorial Service Inc | 1 | | 2,033.65 | |

| | | | | |
|---|---|---|---|---|
| Henderson, Ronald D. | 1 | | 256.00 | |
| Henry Wurst, Inc. | | 1 | | 115,508.26 |
| Home Decor Innovations | 1 | | 1,687.50 | |
| Hutchins, James | 1 | | 1,000.00 | |
| Johnson, Randy G. | 1 | | 1,200.00 | |
| Koch, Kevin J. dba Koch's Roll-Off Service | | 1 | | 961.20 |
| Krestmark Industries, L.P. | 1 | | 86,087.27 | |
| Latco | 1 | | 4,170.00 | |
| Lee Roy Jordan Redwood Lumber Co. | | 1 | | 9,396.02 |
| Lifestyle Enterprise, Inc. | | 1 | | 10,758.00 |
| Little River Millwork, Inc. | 1 | | 24,445.15 | |
| Littlefield Oil Co. | 1 | | 0.00 | |
| Lumber One | | 2 | | 11,738.13 |
| Masonite dba Specialty Glass Products, Inc. | | 1 | | 16,470.98 |
| McCoig, Larry dba Strip N Wax | 1 | | 654.00 | |
| Merrick Machine Company | 1 | | 528.29 | |
| Mill & Mine Supply Co. | 1 | | 399.31 | |
| Millard Remodeling | | 1 | | 2,202.00 |
| Mohawk Carpet Corporation | | 1 | | 28,113.21 |
| Old Dominion Freight Line | | 1 | | 176.54 |
| Ozark Guidance Center, Inc. | 1 | | 7,500.00 | |
| Prime Source | | 1 | | 45,661.36 |
| Pro Lift, Inc. | | 1 | | 327.47 |
| Randstad US, L.P. | 1 | | 4,667.60 | |
| River City Materials, Inc. | | 1 | | 1,849.99 |
| Riverside Furniture Corporation | 1 | | 2,318.53 | |
| Rivery Valley Door & Trim | 1 | | 1,061.06 | |
| Sauder Industries Limited (Sauer) | 1 | | 108,166.02 | |
| Square One Truss, Inc. | 1 | | 9,221.58 | |
| Sunrise Importer & Wholesale | 1 | | 699.95 | |
| Tipton & Hurst, Inc. | 1 | | 61.35 | |
| Tony's Tire Service, Inc. | 1 | | 3,256.48 | |
| Tru-Stile Doors | 1 | | 8,287.00 | |
| Trustile Doors, LLC | 1 | | 8,287.00 | |
| U.S. Lumber Group, Inc. | 1 | | 16,607.89 | |
| Underwood, Darren W. | | | | |
| Unique Tile, Ltd | 1 | | 2,573.76 | |
| United Parcel Service | 1 | | 1,023.98 | |
| Universal Furniture International | 1 | | 176,915.05 | |
| Universal Security Instruments, Inc. | 1 | | 21,487.49 | |
| Valspar | | 1 | | 985.76 |
| Vaxcel International Co., Ltd. | | 1 | | 7,444.86 |
| Verona Marble Co., Inc. | 1 | | 2,144.75 | |
| W.A.J.A., Inc. | 1 | | 872,155.77 | |
| Weather Shield Mfg., Inc. | 1 | | 163,775.50 | |
| Williams, Johnny | 1 | | 221.78 | |
| Yeagers Ace Hardware | 1 | | 55.57 | |
| One Clean Sweep, Inc. | 1 | | 319.33 | |
| Kotter, Chris | 1 | | 395.00 | |
| Lycan, Chad Wayne | | 1 | | 485.27 |
| Baker-Crail, Michelle | 1 | | 2203.14 | |

| Creditor | Class 5 Accepts | Class 5 Rejects | Class 5 Accepts $ | Class 5 Rejects $ |
|---|---|---|---|---|
| Sprouse, Calvin | | 1 | | 1,000.00 |
| Building Plastics, Inc. | | 1 | | 49,025.58 |
| TOTALS | 60 | 39 | $3,557,152.76 | $1,181,649.12 |